AUSTIN BARNUM, ESQ.
Nevada Bar 15174
CLARK HILL PLLC
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702)862-8400
abarnum@clarkhill.com
Attorney for Defendant *Deshann Hines*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KNOWLEDGE RODRIGUEZ,<br>DAVION ROBINSON, and<br>DESHANN HINES,<br><br>Defendants. | Case No.: 2:25-CR-00004-JCM-BNW<br><br>**UNOPPOSED MOTION TO CONTINUE MOTION DEADLINE, CALENDAR CALL AND TRIAL**<br><br>**(First Request)** |

Defendant Deshann Hines ("Hines" or the "Defendant"), by and through undersigned counsel Austin T. Barnum, Esq. and Defendant Davion Robinson, by and through undersigned counsel Osvaldo Fumo, Esq., hereby submit this Unopposed Motion to continue the deadlines and trial in this matter, currently scheduled for June 30, 2025, and calendar call, currently scheduled for June 25, 2025, be vacated and continued for 120 days, to a date and time convenient to the Court in October 2025. The United States, by and through Assistant United States Attorney Lauren Ibanez, do not oppose the motion. Counsel for Knowledge Rodriguez, by and through counsel of record Keisha Matthews, Esa., do not oppose the motion.

This Unopposed Motion is entered into for the following reasons:

1. Certain pieces of discovery produced by the government warrant further investigation. Due to the relative availability of defense counsel, there is inadequate time to prepare the defense for trial. As a result, the defense is concerned about adequately representing the Defendant if a continuance is not granted.

2. Counsel for Davion Robinson has a trial setting in *State of Nevada v Isaac George* set to begin on July 14, 2025 and is anticipated to continue through approximately September 8, 2025. This is a capital case that stems back to 2018.

3. Mr. Robinson and Mr. Rodriguez are not in custody. Mr. Hines is in custody. Counsel for Defendant Knowledge Rodriguez advised she was unable to join the stipulation as she was awaiting additional guidance from the Court prior to stipulating to extend the deadlines for trial. No specific objection to the filing was raised during communications with any counsel. Accordingly, the stipulation is presented herein as an unopposed Motion on behalf of Defendants Davion Robinson and Deshann Hines.

4. The additional time requested by this Unopposed Motion is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under 18 United States Code, Section 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. This is the first request for a continuance of the pre-trial motion deadline, calendar call, and trial date.

/ / /

/ / /

7. The ends of justice would be best served by granting a continuance of the calendar call and trial date.

DATED this 6th day of June, 2025.

UNITED STATES ATTORNEY
DISTRICT OF NEVADA

*/s/ Lauren Ibanez*
LAUREN IBANEZ, ESQ.
Assistant United States Attorney

DATED this 6th day of June, 2025.

CLARK HILL PLLC

*/s/ Austin Barnum*
AUSTIN BARNUM, ESQ.
Attorney for Defendant *Deshann Hines*

DATED this 6th day of June, 2025.

FEDERAL PUBLIC DEFENDER

*/s/ Keisha K. Matthews*
KEISHA K. MATTHEWS, ESQ.
Attorney for Defendant *Knowledge Rodriguez*

DATED this 6th day of June, 2025.

PITARO & FUMO, CHTD.

*/s/ Osvaldo E. Fumo*
OSVALDO E. FUMO, ESQ.
Attorney for Defendant *Davion Robinson*

UNITED STATES OF AMERICA,

Plaintiff,

v.

KNOWLEDGE RODRIGUEZ,
DAVION ROBINSON, and
DESHANN HINES,

Defendants.

Case No.: 2:25-CR-00004-JCM-BNW

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

Based on the pending Unopposed Motion, and good cause appearing therefore, the Court hereby finds that:

1. Certain pieces of discovery produced by the government warrant further investigation. Due to the relative availability of defense counsel, there is inadequate time to prepare the defense for trial. As a result, the defense is concerned about adequately representing the Defendant if a continuance is not granted.

2. Counsel for Davion Robinson has a trial setting in *State of Nevada v Isaac George* set to begin on July 14, 2025 and is anticipated to continue through approximately September 8, 2025. This is a capital case that stems back to 2018.

3. Mr. Robinson and Mr. Rodriguez are not in custody. Mr. Hines is in custody. Counsel for Defendant Knowledge Rodriguez advised she was unable to join the stipulation as she was awaiting additional guidance from the Court prior to stipulating to extend the deadlines for trial. No specific objection to the filing was raised during communications with any counsel. Accordingly, the stipulation is presented herein as an unopposed Motion on behalf of Defendants Davion Robinson and Deshann Hines.

4. The additional time requested by this Unopposed Motion is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under 18 United States Code, Section 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. This is the first request for a continuance of the pre-trial motion deadline, calendar call, and trial date.

7. The ends of justice would be best served by granting a continuance of the calendar call and trial date.

8. The additional time requested by this Unopposed Motion is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under 18 United States Code, Section 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the calendar call currently scheduled for June 25, 2025, at the hour of 1:30 p.m., be vacated and continued to ____________________________.

IT IS FURTHER ORDERED that the trial currently scheduled for June 30. 2025 at 9:00 a.m., be vacated and continued to _______________________________.

IT IS SO ORDERED

_________________________________________

**James C. Mahan**
United States District Court Judge

DATED: _________________________________